People of the State of Illinois, Defendant in Error, v.
Wesley J. Moore, Plaintiff in Error.

Gen. No. 42,882. 

Heard in the second
division, first district, this court at the October term, 1943; opinion filed
March 8, 1944. Ellis & Westbrooks, plaintiff in error; Richard E.
Westbrooks, of counsel; Thomas J. Courtney, State's Attorney, for de-
fendant in error; Edward E. Wilson, John T. Gallagher, Melvin S.
Rembe and Joseph A. Pope, Assistant State's Attorneys, of counsel.
Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.